COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER OF CONTINUING ABATEMENT
AND NOTICE OF INTENT TO DISMISS

Appellate case name:        Michael Webb v. American Express Centurion Bank

Appellate case number:    01-11-01106-CV

Trial court case number:  985259

Trial court:               County Civil Court at Law No. 4 of Harris County, Texas

On August 22, 2012, the Court abated this appeal and ordered the parties "to advise this Court of the status of the proceedings or file a motion to dismiss the appeal if the case settles within three months of the date of this order." The parties neither filed any document with the Court advising us of the status of the proceedings nor filed a motion to dismiss this appeal.

Accordingly, we order the parties to advise the Court of the status of the proceedings or file a motion to dismiss this appeal **within 10 days of the date of this order** or the appeal will be dismissed for failure to comply with an order of the Court. *See* TEX. R. APP. P. 42.3(c).

The appeal remains abated, treated as a closed case, and removed from this Court's active docket. The appeal will be reinstated on this Court's active docket when the parties file a document advising the Court of the status of the proceedings or a motion to dismiss. If no such document or motion is filed, the appeal will be reinstated on the Court's active docket immediately following 10 days from the date of this order.

It is so ORDERED.

Judge's signature: /s/ Justice Terry Jennings
                     ☑ Acting individually    ☐ Acting for the Court

Date: August 28, 2013